**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**                    **Case No: 6:20-cv-1747-PGB-DCI**

**LILLIAN SHIFFMAN,**

       **Defendant.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Default Judgment (Doc. 25 (the "**Motion**")), filed on June 2, 2021. The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that Defendant did not timely file any objections, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed August 23, 2021 (Doc. 29), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Plaintiff's Motion for Default Judgment (Doc. 25) is **GRANTED**.

3.    The Clerk is **DIRECTED** to enter a default judgment in favor of the United States and against Defendant in the amount of $1,136,710.48

as of October 29, 2019, plus interest and further additions thereafter as provided by law.

**DONE AND ORDERED** in Orlando, Florida on September 13, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties